1214

No. 84–985.   NICHOLS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 84–986.   CAPOBIANCO ET AL. v. HOWE ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 84–993.   GENERAL PUBLIC UTILITIES CORP. ET AL. v. STIBITZ ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–994.   LINDSAY v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 84–1000.   GREAVES ET AL. v. BEE.   C. A. 10th Cir.   Certiorari denied.

No. 84–1001.   RUTH v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–1005.   ESCHWEILER v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 84–1006.   WILLIAMS ET UX. v. TUCSON UNIFIED SCHOOL DISTRICT NO. 1 OF PIMA COUNTY ET AL.   Ct. App. Ariz.   Certiorari denied.

No. 84–1008.   DEAN ET AL. v. DUCKWORTH, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 84–1014.   LYNNE, EXECUTOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF LYNNE, ET AL. v. AUSTRALIAN GOVERNMENT AIRCRAFT FACTORIES ET AL.   C. A. 9th Cir. Certiorari denied.

No. 84–1021.   PASHA ET AL. v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 84–1022.   YOUNG v. ILLINOIS.   App. Ct. Ill., 3d Dist. Certiorari denied.

No. 84–1024.   CALAIARO, TRUSTEE v. PITTSBURGH NATIONAL BANK ET AL.   C. A. 3d Cir.   Certiorari denied.